UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANNA M. MATHEWS,

Plaintiff,

Case No.: 3:17-cv-208

vs.

COMMISSIONER
OF SOCIAL SECURITY,

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT STIPULATION FOR REMAND (DOC. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 13. Based upon the stipulation of the parties, and for good cause shown, **IT IS ORDERED THAT**: (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint request for a remand (doc. 13) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

**IT IS SO ORDERED.**

Date: 12-8-17

Walter H. Rice
United States District Judge